```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

NICHOLAS G. BELEZOS, on behalf
of himself and all others
similarly situated,
    Plaintiffs,

    v.                                              CIVIL ACTION NO.
                                                        17-12570-MBB

BOARD OF SELECTMEN of
Hingham, Massachusetts,
in their official capacity,
on behalf of themselves and
all others similarly situated,
    Defendants.

## FINAL JUDGMENT

### November 27, 2019

**BOWLER, U.S.M.J.**

    The issues having been duly heard and decisions rendered, it is **ORDERED** and **ADJUDGED** that plaintiff Nicholas G. Belezos take nothing from defendants Board of Selectmen of the Town of Hingham, and that this action be **DISMISSED** with prejudice.

                                                  /s/ Marianne B. Bowler
                                                  **MARIANNE B. BOWLER**
                                                  United States Magistrate Judge