IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| NICHOLAS G. BELEZOS, on behalf of himself and all others similarly situated, | ) ) ) | CIVIL ACTION NO. 1:17-cv-12570-MBB |
| Plaintiffs, | ) ) | |
| v. | ) ) | |
| BOARD OF SELECTMEN of Hingham, Massachusetts, in their official capacity, on behalf of themselves and all others similarly situated, | ) ) ) ) ) ) | |
| Defendants | ) ) | |

## NOTICE OF APPEAL

Notice is hereby given that Nicholas G. Belezos, plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the First Circuit from the final judgment entered in this action on the 27th day of November, 2019.

    Respectfully submitted,

    Mr. Belezos,
    By his attorney,

    FREDERIC P. ZOTOS

    */s/ Frederic P. Zotos*
    Frederic P. Zotos, Esq.
    BBO#565308
    28 Old Coach Road
    Cohasset, MA 02025
    Tel: (781) 836-4295
    E-Mail: fzotos@gmail.com

Dated: December 26, 2019

**CERTIFICATE OF SERVICE**

      I, Frederic P. Zotos, counsel for the plaintiff, on December 26, 2019, hereby certify that I have served a true copy of this document upon counsel for the defendant, Joseph A. Padolsky, 101 Summer Street, Boston, MA 02110 by electronic filing through the United States District Court, District of Massachusetts' CM/ECF system.

|  |  |
|---|---|
| Dated: December 26, 2019 | */s/ Frederic P. Zotos*<br>Frederic P. Zotos |